# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134800(27)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                  SC: 134800
                                  COA: 274796
                                  Macomb CC: 1986-000929-FC

PERRY ALAN DAVIS,
     Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's December 28, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008                                     

d0211                                               Clerk